115 A.3d 261

IN THE MATTER OF MICHAEL J. WEBER, AN ATTORNEY
AT LAW (ATTORNEY NO. 045941997).

June 4, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–194, concluding that **MICHAEL J. WEBER** of **HOWELL,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *Rule* 1:21–6 (recordkeeping violations), and *RPC* 1.15(d) (failure to comply with recordkeeping rules);

And the Court this date having granted respondent's petition for review (R–5–14) and having determined that an admonition is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **MICHAEL J. WEBER** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.